Submitted on record and briefs January 18, reversed and remanded for reconsideration February 16, 1994

In the Matter of the Compensation of
Thomas S. Ramirez, Claimant.

Thomas S. RAMIREZ,
*Petitioner,*

*v.*

OREGON ROOTSTOCK & TREE CO., INC.,
aka Treco, and Country Companies,
*Respondents.*

(WCB 91-12087; CA A80509)

867 P2d 571

Quintin B. Estell and Estell and Bewley filed the brief for petitioner.

Paul A. Dakopolos and Garrett, Hemann, Robertson, Paulus, Jennings & Comstock, P.C., filed the brief for respondents.

Before Warren, Presiding Judge, and Edmonds and Landau, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *Pacheco-Gonzalez v. SAIF*, 123 Or App 312, 860 P2d 822 (1993).